ACCEPTED
14-14-00202-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
2/23/2015 6:56:10 PM
CHRISTOPHER PRINE
CLERK



1221 McKinney Street, Suite 4500 | Houston, Texas 77010
Phone 713.951.3700 | Fax 713.951.3720
www.beckredden.com

**DAVID M. GUNN**
BOARD CERTIFIED ♦ CIVIL APPELLATE LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
2/23/2015 6:56:10 PM
CHRISTOPHER A. PRINE
Clerk

Direct (713) 951-6290
dgunn@beckredden.com

February 23, 2015

Re:  No. 01-13-00782-CV; *Bandier Realty Partners, LLC and Switchback Ventures, LLC v. SSC Opportunity Partners, LLC and Douglas Britton*; in the First Court of Appeals

No. 14-14-00202-CV; *George Fleming and Fleming & Associates, LLP v. The Kirklin Law Firm, P.C., Charles Kirklin and Stephen Kirklin*; In the Fourteenth Court of Appeals

*Via E-Filing*

Mr. Christopher A. Prine, Clerk
First Court of Appeals
Fourteenth Court of Appeals
301 Fannin, Suite 245
Houston, TX  77002

Dear Mr. Prine:

This letter is to advise you that both of the above-referenced appeals have been **reset** for submission and oral argument on **April 14, 2015**, at **1:30 p.m.**  I will be presenting argument in both cases.  I can appear for argument in both cases on that date if one of the cases can be moved to **3:00 p.m.,** or another time convenient for the Courts, on that date.  I would, therefore, greatly appreciate it if you would you please consult with both Courts and advise if one of the arguments can be moved to a different time on April 14.

Thank you for your assistance.

Sincerely,

*/s/ David M. Gunn*

David M. Gunn

cc:  All Counsel of Record (*Via E-Filing and Email*)

1519.006/557120